United States District Court House
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208-61010

United States Courts
Southern District of Texas
FILED
JUL 12 2019
David J. Bradley, Clerk of Court

Isaac Hudson Jr #02231449
699 Retreive Street
Angleton, Texas 77515

§
§
§
§
§
§
§
§

Date filed on fileding
Nature of Suit Civil Right
S: Other Jurisdiction: Federal
Question

PRO SE
Represented by Isaac Hudson #02231449
Wayne Scott unit
699 Retrieve street
Angleton, Texas 77515

Plaintiff
Isaac Hudson JR.

Defendant
Texas Department of Criminal Justice — Asst warden Toby Powell; Office Barro
J. Sergeant; Lieutenant Ayres T; Wooders Law Library; Frazer, K. COII Adam
C. COIII Haynes, N. COIII., Cornell Inc., Office Robinson T. COIII, Keenon
D. COII., Grievance Operations — Captain Adams Captain Watkins., Counsel
substatate: Garcia R. COI., COI Johnson.. Wayne Scott unit

## Complaint Submit to Extended to the Court

Offenders present this issue to including some challenges the defendant to this
law suit in the United States District Court of Southern District of Texas
This suit was brought by Plaintiff Isaac Hudson Jr. against the TDCJ + CORNEL
some time ago, the Plaintiff would like to extended this Complaint. within
the named of the defendant TDCJ officer fopled to act to a workers Compens
i law or a workers Comp related injury regarding of the fact he was injury Pr

TDCJ and Disciplinary for refused to turn out for his work assignment on a worked related injury. All case was major disciplinary and didn't currently taken anything in a legal matter. Prior to the Plaintiff workers comp injury... I had all of court documented on hand, but TDCJ did not recommendations then into legal matter and I was transfer Cust G4 classification, by UCC and took my time L-1 to L-3 45+45+45+45 good time 12 month, for refused to workers or to turn out for his work assignments without legitimate reason., which TDCJ failure to quelify to the Court+deemed red of United States Court of Appeals about my injury, which I am in legal issue. which I am in Court of Appeals... Amended to this Complaint were immaterial, because'd to bearing on merits of the Plaintiff Claims applies when there has been 1) A Judgment on the same cause of action on merits in a prior prior Suit (2) involving the same parties or their privies; and (3) A Subsequent Suit based on the same cause of action., The Court takes a view of whether suit are based the cause of action, and it focuses on the essenti ilsimilarity of the underlying events given and rise to the various of legal claim. Thus, even't a SECOND suit allegess the same, which new our different events are the allegess does compel to the same result, because till to remedies against the defendants with respect to all or any part of the transaction or series of connected transactions, out of which the action., Arose. The suit at the issue here is the second of the one federal suit, that the plaintiff had filed in this court regarding to all defendants their, who properly invol; July 10, 2019 ing

CC: District Court
Court of Appeals

Mr. Isaac Hudson Jr
Mr. Isaac Hudson

Mr. Audion, Isaac Jr #02231442
0999 Retrieve Street D1 Pod-19B
Angleton, Texas 77515-8009

NORTH HOUSTON TX 773
11 JUL 2019 PM 1

United States Courts
Southern District of Texas
FILED
JUL 12 2019
David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
P.O. Box 61010
Houston, Texas 77208-1010

Legal Mail